JOHN COUGHI, PLAINTIFF-PETITIONER, v. JOSEPHINE HAGGERTY, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. William F. Nesbitt* and *Mr. Bernard Chazen* for the petitioner.

*Messrs. Habick, Winkelried & Hillis* for the respondents.

July 1, 1966. Denied.

CHARLES LA PLACA, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MAYOR AND COUNCIL OF THE BOROUGH OF PRINCETON, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Francis X. Journick* for the petitioners.

*Messrs. Smith, Stratton, Wise & Heher* for the respondents.

July 1, 1966. Denied.

WILLIAM J. KLUG, JR., PLAINTIFF-RESPONDENT, v. FRANCIS S. BRANIN, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Milton Diamond* for the petitioners.

*Mr. William F. McCloskey, Jr.* for the respondent.

July 1, 1966. Denied.